# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD COREY BREWSTER,<br><br>Defendant. | Case No. 2:20-cr-00099-KJD-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Tuesday, November 16, 2021 at 11:00 a.m., be vacated and continued to January 11, 2022 at the hour of 9:30 a.m. by video conference

DATED this 8th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3