# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00099-KJD-NJK |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| TODD COREY BREWSTER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, May 13, 2022 at 9:30 a.m., be vacated and continued to June 7, 2022 at the hour of 12:30 p.m. in courtroom 4A..

DATED this 7th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON